AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN

United States of America
v.

(1) VALDEZ, Alex Aziz (1989)

(2) RAMIREZ-Mendoza, Jesus Erasmo (1994)

*Defendant(s)*

Case No. M-15-0323-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2/27/2015  in the county of  Hidalgo  in the Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession with Intent to Distribute Marijuana, approximately 139.5 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

approved by
AUSA [signature]

Sworn to before me and signed in my presence.

Date: 3/2/2015

City and state: McAllen, Texas

*Complainant's signature*
Leon Pauley, Special Agent
*Printed name and title*

*Judge's signature*
Dorina Ramos, US Magistrate Judge
*Printed name and title*

Attachment I

1. On February 27, 2015, at approximately 5:05 PM, McAllen United States Border Patrol (USBP) Agents (PAs) were utilizing remote camera systems near Bentsen State Park in Mission, Texas when PAs observed several subjects carrying large bundles which appeared to be marijuana near the Rio Grande River. PAs observed said subjects place the large bundles into a raft, board the raft and cross the Rio Grande River into the United States. Moments later, PAs observed a white Dodge Charger traveling south towards the Rio Grande River to the area where the subjects in the raft were stationed. Minutes later, PAs observed the white Dodge Charger traveling north at a high rate of speed from the river. Utilizing USBP air support, PAs followed the white Dodge Charger on the levee towards the entrance of Bentsen State Park. At that time, the white Dodge Charger came to a stop at the entrance to the park due to a closed gate and PAs approached the said vehicle and observed the driver, identified as Alex Aziz VALDEZ and passenger, Jesus Erasmo RAMIREZ-Mendoza. Furthermore, PAs further observed several large bundles located in the rear seat of the white Dodge Charger. PAs ordered VALDEZ and RAMIREZ-Mendoza out of the vehicle to which both complied. Upon further inspection of the White Dodge Charger, PAs located twenty-one (21) bundles of suspected marijuana, weighing approximately 139.5 kilograms in the rear seat and trunk of said vehicle. PAs detained VALDEZ and RAMIREZ-Mendoza and transported both subjects, the suspected marijuana and white Dodge Charger to the McAllen USBP station for processing.

2. At approximately 8:45 PM, SA Leon Pauley read VALDEZ the Miranda Warnings in English. VALDEZ understood his rights and did not wish to make any statements. At that time the interview was terminated. During the processing of VALDEZ, VALDEZ asked agents if VALDEZ was going to be placed into the same jail as the "guy" that he was arrested with.

3. At approximately 9:16 PM, SA Rene Gonzalez read RAMIREZ-Mendoza the Miranda Warnings in Spanish. RAMIREZ-Mendoza understood his rights and agreed to speak with agents. RAMIREZ-Mendoza stated that met an individual known to RAMIREZ-Mendoza as "IVAN" in Reynosa, Tamaulipas, Mexico who advised RAMIREZ-Mendoza that IVAN would have an individual known as "EL PINTO" cross RAMIREZ-Mendoza into the United States. RAMIREZ- Mendoza further stated that IVAN advised RAMIREZ-Mendoza would need to assist EL PINTO with the crossing of marijuana in lieu of monetary payment. RAMIREZ-Mendoza stated he agreed to IVAN's proposal. RAMIREZ-Mendoza stated that multiple subjects and he placed several bundles of marijuana into a raft and crossed into the United States. RAMIREZ-Mendoza stated once he reached the United States, the bundles of suspected marijuana were loaded into a white Dodge car. RAMIREZ-Mendoza stated that he then entered the passenger side of the white Dodge and said vehicle departed. RAMIREZ-Mendoza stated that a short time later, he and the driver were stopped by USBP and arrested.